UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00534-MJP<br><br>ORDER GRANTING MOTION TO SEAL |

ORDER GRANTING
MOTION TO SEAL
Case No. 2:17-cv-534 – 1

This matter came before the court on Plaintiffs' Motion to Seal. Having reviewed Plaintiffs' Motion and being advised that Defendants have no objection to the motion, now, therefore, it is

ORDERED that the motion is GRANTED; and it is further

ORDERED that Plaintiffs' Opposition to Defendants' Motion to Dismiss or Transfer, as well as Exhibits W-Z, AD-AF, AX, AZ and BG to the Declaration of Kevin A. Zeck in Support of Plaintiffs' Opposition to the Motion to Dismiss or Transfer, shall REMAIN SEALED.

SO ORDERED this _8th_ day of __January__, 2018.

Marsha J. Pechman
United States District Judge

Presented by:

By: /s/*Kevin A. Zeck*
Kevin A. Zeck, # 41689
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: KZeck@perkinscoie.com

*Attorneys for Plaintiffs HTC Corporation
And HTC America, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2018, I caused copies of the foregoing document to be served via ECF to the following counsel of record:

Philip S. McCune, WSBA #21081
Steven O. Fortney, WSBA #44704
SUMMIT LAW GROUP PLLC
315 Fifth Avenue S., Suite 1000
Tel: (206) 676-7000
Email: philm@summitlaw.com
Email: stevef@summitlaw.com

Laurie Fitzgerald *(admitted pro hac vice)*
Theodore Stevenson, III
McKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Tel: (512) 692-8700
Email: lfitzgerald@mckoolsmith.com
Email: tstevenson@mckoolsmith.com

***Attorneys for Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc.***

                                                */s/ Kevin A. Zeck*
                                                Kevin A. Zeck